1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

_____
                                        )

SALMON SPAWNING &           )

9 RECOVERY ALLIANCE,          )
WASHINGTON TROUT, NATIVE    )      No. C06-1462RSL

10 FISH SOCIETY, and CLARK-      )
SKAMANIA FLYFISHERS,       )      CASE MANAGEMENT ORDER

11                                         )
                  Plaintiffs,    )

12         v.                  )
                                        )

13 D. ROBERT LOHN, *et al.*,       )
                                        )

14                    Defendants.   )
_____ )

15

16        On October 10, 2006, plaintiffs filed a complaint challenging the National Marine

17 Fisheries Services's ("NMFS") determination that the Resource Management Plan ("RMP") for

18 harvesting Puget Sound Chinook Salmon complies with regulations adopted under § 4(d) of the

19 Endangered Species Act ("ESA"), 16 U.S.C. § 1533(d) and challenging whether the Biological

20 Opinion regarding NMFS' determination on the RMP complies with § 7(a)(2) of the ESA.

21 Because this is an administrative record review case, any discovery conducted in this matter will

22 be focused on the completeness of the record and the outstanding issues will be resolved on

23 dispositive motions.  Having reviewed the Joint Status Report submitted by the parties, the

24 Court orders as follows:

25

26

CASE MANAGEMENT ORDER

| Deadline for joining additional parties | February 23, 2007 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to CR7(d)(3) or CR37(a)(2)(B) | |
| Discovery completed by | March 19, 2007 |
| Plaintiffs shall file a motion for summary judgment of no more than 35 pages by | April 2, 2007 |
| Defendants shall file a combined opposition and cross-motion for summary judgment of no more than 50 pages by | May 2, 2007 |
| Plaintiffs shall file a combined reply and opposition of no more than 35 pages by | May 17, 2007 |
| Defendants shall file a reply of no more than 20 pages by | June 1, 2007 |

These dates are set by the Court.  All other dates are specified in the Local Civil Rules.  If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.  These are firm dates that can be changed only by order of the Court pursuant to Local Civil Rules 10(g) and/or 7(d)(2), not by agreement of counsel or the parties.  The Court will alter these dates only upon good cause shown.

ALTERATIONS TO ELECTRONIC FILING PROCEDURES

As of June 1, 2004, counsel are required to electronically file all documents with the Court.  *Pro se* litigants may file either electronically or in paper form.  Information and procedures for electronic filing can be found on the Western District of Washington's website at www.wawd.uscourts.gov.  The following alterations to the Electronic Filing Procedures apply in all cases pending before Judge Lasnik:

- Section III, Paragraph F - when the aggregate submittal to the court (*i.e.*, the motion, any declarations and exhibits, the proposed order, and the certificate of service) exceeds **50**

CASE MANAGEMENT ORDER                    -2-

1 pages in length, a paper copy of the documents (with tabs or other organizing aids as necessary)

2 shall be delivered to the Clerk's Office for chambers by 10:30 am the morning after filing.  The

3 chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for

4 Chambers."

5      - Section III, Paragraph L - unless the proposed order is stipulated, agreed, or otherwise

6 uncontested, the parties need not e-mail a copy of the order to the judge's e-mail address.

7 PRIVACY POLICY

8      Pursuant to the General Order of the Court regarding Public Access to Electronic Case

9 Files (filed 5/29/03), parties are to redact the following information from documents and exhibits

10 before they are filed with the court:

11      * Dates of Birth - redact to the year of birth

12      * Names of Minor Children - redact to the initials

13      * Social Security Numbers - redact to the last four digits

14      * Financial Accounting Information - redact to the last four digits

15      The General Order was issued pursuant to the official policy on privacy adopted by the

16 Judicial Conference of the United States and can be found on the court's website at

17 http://www.wawd.uscourts.gov/docs.  All documents filed in the above-captioned matter must

18 comply with the Privacy Policy and the General Order.

19 COOPERATION

20      As required by CR 37(a), all discovery matters are to be resolved by agreement if

21 possible.

22 SETTLEMENT

23      Should this case settle, counsel shall notify the Deputy Clerk as soon as possible.

24 Pursuant to GR 3(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement

25 may be subject to such discipline as the Court deems appropriate.

26

CASE MANAGEMENT ORDER                -3-

1    DATED this 7th day of December, 2006.

2

3    _Mr S Lasnik_

     Robert S. Lasnik
4    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CASE MANAGEMENT ORDER                    -4-